# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LORI HAINES,

      Plaintiff,

    v.

JESSE BROWN, and
WOLVERINE TRUCKING INC,

      Defendants.

No. 4: 24-CV-00536

(Chief Judge Brann)

## ORDER

### JULY 17, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendant's Motion for Partial Summary Judgment (Doc. 22) is **DENIED.**

2.  A telephonic status conference will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge